1  **LAQUER, URBAN, CLIFFORD & HODGE LLP**
   Emily Zung Manninger, State Bar No. 248344
2  Email: Manninger@luch.com
   225 South Lake Avenue, Suite 200
3  Pasadena, California 91101-3030
   Telephone: (626) 449-1882
4  Facsimile: (626) 449-1958

5  Counsel for Trustees of the Operating Engineers
   Pension Trust, et al.

6

7

8  # UNITED STATES DISTRICT COURT

9  # CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST and TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST, <br><br> Plaintiffs, <br><br> vs. <br><br> FELIX FLORES, an individual doing business as FELIX FLORES EXCAVATION COMPANY, <br><br> Defendant. | CASE NO: CV 84-0886 AHM (AJWx) <br><br> ASSIGNED TO THE HONORABLE A. HOWARD MATZ <br><br> **RENEWAL OF JUDGMENT BY CLERK** <br><br> [CAL. CODE CIV. PROC. §§ 683.110-683.220; FED. R. CIV. PROC. RULE 69] |

22   Good cause appearing from the foregoing application and declaration,

23   The judgment for Plaintiffs Trustees of the Operating Engineers Pension Trust,
24  Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the
25  Operating Engineers Vacation-Holiday Savings Trust, and Trustees of the Operating
26  Engineers Training Trust, last renewed on March 24, 2004, in the amount of
27  $28,400.45 against Defendant, Felix Flores, an individual doing business as Felix
28

---

**ORDER FOR RENEWL OF JUDGMENT**

775836

-2-

Flores Excavation Company (See docket entry no. [81]), be renewed for a period of ten years, for a renewed judgment of $28,400.45 plus interest of $33,658.95 (interest accrued from March 15, 2004 through February 17, 2014 at 11.93%), totaling $62,059.40, with post judgment interest accruing thereon from February 18, 2014, until paid in full.

Dated: 2/24/2014          s/ J. Remigio
                          Deputy Clerk, U.S. District Court